EAGLE IRON WORKS, Respondent, *v.* THOMAS M. FARLEY, Appellant.

*Eagle Iron Works* v. *Farley,* 83 App. Div. 82, affirmed.
(Argued March 30, 1904; decided April 26, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 3, 1903, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Paul Eugene Jones* for appellant.

*I. N. Sievwright* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN, VANN and WERNER, JJ.

---

JOSEPH PRIEST, Respondent, *v.* VALENTINE GUMPRECHT et al., Appellants, Impleaded with Others.

*Priest* v. *Gumprecht,* 81 App. Div. 631, affirmed.
(Argued March 30, 1904; decided April 26, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 11, 1903, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Wayland E. Benjamin* for appellants.

*Charles A. Decker* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN, VANN and WERNER, JJ.